■ St. Johnsbury Trucking, Appellant, and Anthony Germe et al., Respondents, v Yonkers Contracting Co., Respondent. [658 NYS2d 844] —Order, Supreme Court, Bronx County (Howard Silver, J.), entered August 14, 1996, unanimously affirmed for the reasons stated in the decision dated April 17, 1996, by Silver, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Milonas, Ellerin, Tom and Mazzarelli, JJ.